Kerr et ux. *v.* Hofer (et al., Appellant).

Submitted January 20, 1941. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

48

*John E. Cupp, John B. Cupp* and *Clyde E. Williamson,* for appellant.

*John C. Youngman,* for appellee.

PER CURIAM, January 31, 1941:

It is contended by appellant that the court below abused its discretion and acted in an arbitrary manner in granting two new trials in this case. In its opinion following the last trial, the court states, "the interests of right and justice require that this case should be retried." We will not interfere with the action of the trial court under such circumstances: *Reese v. Pittsburgh Rys. Co.,* 336 Pa. 299, 9 A. 2d 394.

Order affirmed.